UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CELIA HERNANDEZ | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:17-cv-183 |
| | § | (Jury Trial Demanded) |
| | § | |
| DG STRATEGIC II, LLC D/B/A | § | |
| DOLLAR GENERAL | § | |

### DEFENDANT DG STRATEGIC II, LLC D/B/A DOLLAR GENERAL'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS:

Defendant, DG STRATEGIC II, LLC d/b/a DOLLAR GENERAL, files this Notice of Removal of a state-court action, pursuant to 28 U.S.C. §§1441(a), 1446(a), and would respectfully show the Court the following:

### I. INTRODUCTION

1. Plaintiff, Celia Hernandez, filed her Original Petition to commence this civil action in the 239th Judicial District Court of Brazoria County, Texas styled *Celia Hernandez v. DG Strategic II, LLC d/b/a Dollar General,* Cause No. 91439-CV, on April 24, 2017.

2. Defendant DG Strategic II, LLC d/b/a Dollar General was served with Plaintiff's Original Petition on May 9, 2017. Defendant timely files this notice of removal within the 30-day time period required by and pursuant to 28 U.S.C. §1446(b)(1).

### II. BASIS FOR REMOVAL

3. Removal is proper because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

4. At the time the state-court action was commenced and as of the date of this notice, Defendant DG Strategic II, LLC is a limited-liability company whose sole member is Dollar General Corporation, which is a corporation organized, formed, and incorporated in and under the laws of the State of Tennessee. The Plaintiff, Celia Hernandez, is a citizen of the State of Texas.

5. Plaintiff has brought this suit against Defendant claiming premises liability and negligence and seeking to recover for damages related to alleged injuries she sustained as a result of an alleged slip and fall incident which purportedly occurred while she was shopping at one of Defendant's stores. Plaintiff alleges that as a direct and proximate result of Defendant's actions, she now seeks to recover damages relating to:

   a. Physical pain and suffering in the past and future;

   b. Costs of medical care treatment in the past and future;

   c. Mental anguish in the past and future;

   d. Physical impairment in the past and future;

   e. Exemplary/punitive damages; and

   f. Prejudgment and post-judgment interest.

6. In Texas, all original pleadings that set forth a claim for relief must contain a specific statement of the relief the party seeks, pursuant to Texas Rules of Civil Procedure 47(c). In Plaintiff's Original Petition, Plaintiff asserts "only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees." It is therefore facially apparent from Plaintiff's initial pleadings that she is demanding monetary relief in an amount that exceeds the minimum jurisdictional amount of $75,000.00. 28 U.S.C. §§1332(a); 1446(c)(2).

7. There are no other defendants in this case that would require consent to removal. 28 U.S.C. §1446(b)(2)(A).

8. A copy of all process, pleadings, and orders served upon Defendant in the state-court action are attached hereto as "Exhibit A," as required by 28 U.S.C. §1446(a) and Local Rule 81.

9. Venue is proper in this district court because this district and division encompass the place in which the state-court action is pending.

### III. JURY DEMAND

10. Defendant has made a jury demand in the state-court action; therefore, Defendant is not required to renew its demand. Fed. R. Civ. P. 81(c)(3)(A).

### PRAYER

WHEREFORE, Defendant DG STRATEGIC II, LLC d/b/a DOLLAR GENERAL respectfully requests that this action proceed in this District Court as an action properly removed to it, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**LUCERO | WOLLAM, P.L.L.C.**

BY: /s/ Gina A. Lucero_____
GINA A. LUCERO
State Bar No.: 00791144
Federal Bar No.: 19949
**Attorney-In-Charge**
1776 Yorktown, Suite 100
Houston, Texas  77056
Telephone: (713) 225-3400
Facsimile: (713) 225-3300
Email: glucero@lucerowollam.com

**COUNSEL FOR DEFENDANT,
DG STRATEGIC II, LLC d/b/a
DOLLAR GENERAL**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of June, 2017 a true and correct copy of the foregoing was sent or delivered to all parties through counsel of record pursuant to Fed.R.Civ.P. 5(a), (b).

    Sebastian J. Filgueira
    Claudia Lozano
    Lozano Law Offices, P.C.
    604 E. Highway 6
    Alvin, Texas 77511

                      /s/ Gina A. Lucero_____
                      GINA A. LUCERO